881 A.2d 1265

**Robert L. NELSON, Appellant**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 28th day of September, 2005, the Motion to Dismiss as Moot is **GRANTED.**